ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                        )
                                                    )
The Ross Group Construction Corporation             )   ASBCA Nos. 62064-ADR, 62749-ADR
                                                    )
Under Contract No. W9126G-09-D-0101                 )

APPEARANCE FOR THE APPELLANT:        Timothy L. Rogers, Esq.
                                       Barrow & Grimm, P.C.
                                       Tulsa, OK

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
                                       Engineer Chief Trial Attorney
                                     Jeanelle S. Patel, Esq.
                                     Katharine Talbot, Esq.
                                     Derek Gilliam, Esq.
                                       Engineer Trial Attorneys
                                       U.S. Army Engineer District, Fort Worth

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  September 6, 2022

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62064-ADR, 62749-ADR, Appeals of The Ross Group Construction Corporation, rendered in conformance with the Board's Charter.

Dated:  September 6, 2022

_for Tammye D. Abbott_

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals